

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2015

No. 04-15-00087-CV

**ESTATE OF SHIRLEY L. BENSON,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 155,572 & 155,572-A
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

      This is an interlocutory appeal from the trial court's "Amended Order Granting Injunction, Suspending Trustee and Appointing Limited Temporary Co-Receivers with Restrictions" signed on February 18, 2015. The appellate record is complete and the appellant's brief was filed on March 6, 2015. On March 23, 2015, appellant filed an "Unopposed Motion to Abate Due to Removal to Federal Court." The motion states that the case underlying this appeal has been removed to the United States District Court for the Western District of Texas, San Antonio Division. A copy of the notice of removal filed on March 18, 2015 is attached to the motion. "Once removal is effected, 'the State court shall proceed no further unless and until the case is remanded." *Meyerland Co. v. F.D.I.C.*, 848 S.W.2d 82, 83 (Tex. 1993) (citing 28 U.S.C. § 1446(d)); *EOG Resources, Inc. v. Gutierrez Vela*, No. 04-02-00168-CV, 2003 WL 21918590, at *1 (Tex. App.—San Antonio Aug. 13, 2003) (per curiam).

      Accordingly, we ORDER this appeal ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated by court order issued upon the filing of a certified copy of a remand order.

_____
Rebeca C. Martinez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court